In the Matter of the Petition of John S. Grove for an accounting, Respondent, *v.* Keziah Osborn, Administratrix, et al., Appellants.

(Argued September 30, 1873 ; decided October 7, 1873.)

*Amasa J. Parker* for the Appellants.

*Angus McDonald* for the respondent.

Agree to affirm, for reason stated by Justice E. D. Smith in court below.
All concur.
Order affirmed.

---

Dudley R. Terrett et al., Respondents, *v.* James Crombie et al., Appellants.

(Submitted September 30, 1873 ; decided October 7, 1873 )

*James Crombie & Henry Woodruff* for the appellants.

*Joshua M. Van Cott* for the respondents.

Agree to affirm order, so far as appealed from by defendant C. Mary Crombie, and appeal of defendant James Crombie ordered to stand over until the argument of the appeal from the judgment herein.
All concur. No opinion.
Ordered accordingly.